7. APPEAL AND ERROR, § 996*—*when record insufficient to pre-serve question for review.* Where in a prosecution by the City of Chicago for the sale of intoxicants in violation of Chicago Code of 1911, sec. 1539, the court below took judicial notice that a bottle and glasses in evidence held less than a gallon, and the ordinance was not incorporated in the record, the action of the court will not be reviewed, since the materiality of the inquiry as to the ca-pacity of the bottle or glasses was not apparent.

8. INTOXICATING LIQUORS, § 105*—*when liquor illegally sold need not be introduced in evidence.* In a prosecution for violating a city ordinance regulating the sale of liquor, the liquor claimed to have been sold need not be introduced in evidence.

---

## William O. Swett, Plaintiff in Error, v. City of Chicago (Impleaded with Illinois Tunnel Company), De-fendant in Error.

### Gen. No. 20,151. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. WILLIAM B. SCHOLFIELD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Dismissed for want of prosecution. Opinion filed March 11, 1915.

### Statement of the Case.

Action on the case by William O. Swett against the City of Chicago and the Illinois Tunnel Company, a corporation, to recover damages in the sum of $50,000. To an amended declaration filed by the plaintiff, each defendant filed a separate general demurrer. The de-fendant, Illinois Tunnel Company, was afterwards given leave to withdraw its demurrer and to file cer-tain pleas to the declaration. The demurrer of the defendant, City of Chicago, was sustained by the trial court, and the plaintiff electing to stand by its declara-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tion as to the defendant, City of Chicago, the suit as to the last named defendant was dismissed and a judgment for costs in favor of the said City and against the plaintiff was entered. The plaintiff excepted to this action of the trial court, and prayed an appeal from the said judgment and afterwards, on February 26, 1914, filed this writ of error in this court.

PATTISON & SHAW and MILLS & HOLLY, for plaintiff in error.

WILLIAM H. SEXTON and WILLIAM DILLON, for defendant in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1117*—*when writ of error dismissed for want of prosecution.* Failure of the plaintiff in error to file an abstract within the period fixed by an extension order requires the dismissal of the writ of error for want of prosecution.

―――――――

## J. C. Levinson and William Kamin, Defendants in Error, v. G. H. Pieser, Plaintiff in Error.

### Gen. No. 20,169.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed March 11, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.